# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.: 8:25mj-03477-AEP

**ANDREW NIKHIL AIYAR**
_____/

## MOTION TO WITHDRAW AS COUNSEL
## AND MEMORANDUM OF LAW

The Defendant, Andrew Nikhil Aiyar, by and through the undersigned attorney, hereby files a motion for his attorney to withdraw as counsel of record in this cause and states the following:

1. The Office of the Federal Public Defender was appointed to represent the Defendant on November 17, 2025, at the Defendant's initial appearance.

2. On November 26, 2025, Alejandro Jesus Mendez, Esquire, filed a Notice of Appearance as Mr. Aiyar's counsel.

3. In light of Mr. Mendez's notice of appearance, the Office of the Federal Defender should be allowed to withdraw from the case. The undersigned counsel has prepared the file for transfer to Mr. Mendez.

4. The undersigned has provided notice to Mr. Aiyar of the filing of

this motion.

## MEMORANDUM OF LAW

Local Rule 2.03 provides that no attorney shall withdraw as counsel without approval of the Court and notice to the defendant.

WHEREFORE, the undersigned counsel hereby requests permission to withdraw as counsel and for recognition of Mr. Mendez as counsel for Mr. Aiyar.

Dated: December 02, 2025.

                        CHARLES L. PRITCHARD
                        FEDERAL DEFENDER

                        s/Howard J. Williams
                        Howard J. Williams, Esq.
                        FL Bar No. 100083
                        Assistant Federal Defender
                        400 N. Tampa Street
                        Tampa, Florida 33602
                        Telephone: 813-228-2715
                        Fax: 813-228-2562
                        E-Mail: Howard_Williams@fd.org
                        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Motion to Withdraw as Counsel and Memorandum of Law* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Joseph Wheeler, Assistant United States Attorney, this 2nd day of December, 2025.

*s/Howard J. Williams*
Howard J. William, Esq.
Assistant Federal Defender
